THE HONORABLE RICARDO MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Tut Chany, <br><br> Plaintiff, <br><br> v. <br><br> NORTH STAR FISHING COMPANY LLC; ARICA VESSEL, LLC; AND GLACIER FISH COMPANY, LLC.; *In Personam*, and The F/T ARICA, Official Number 550139, her engines, tackle, gear, apparel, and equipment, *In Rem*, <br><br> Defendants. | In Admiralty And At Law <br><br> No. 2:23-cv-01639 RSM <br><br> ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines, NOW, THEREFORE, IT IS HEREBY ORDERED that the current trial date of January 6, 2025 is hereby stricken, and the case is reset for trial on June 9, 2025. A new pretrial schedule shall be issued in accordance with the new trial date.

DATED this 31st day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order on Stipulated Motion To Continue Trial Date and Pretrial Deadlines - Page 1
(Chany v. North Star Fishing Co. LLC, et al.)
Case No. 2:23-cv-01639 RSM

Anthony J. Ginster
Attorney At Law
225 – 106th Avenue N.E.
Bellevue, WA 98004
(425) 462-8240

Presented by:

| | |
|---|---|
| Anthony J. Ginster, attorney for Plaintiff Tut Chany | LEGROS BUCHANAN & PAUL, P.S. Attorneys for Defendants |
| *s/ Anthony J. Ginster* | By: s/ *Louis Shields*, by AJG on email authority. |
| Anthony J. Ginster, WSBA # 19310<br>225 106th avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 462-8240<br>fax: (425) 462-9660<br>e-mail: aginster@msn.com | Louis Shields, WSBA No. 25740<br>Nathan J. Beard, WSBA No. 45632<br>LeGros Buchanan & Paul<br>4025 Delridge Way S.W., Suite 500<br>Seattle, WA 98106<br>Telephone 206-623-4990<br>Attorney for Defendants<br>E-MAIL: lshields@legros.com |

Order on Stipulated Motion To Continue Trial Date and Pretrial Deadlines - Page 2
(Chany v. North Star Fishing Co. LLC, et al.)
Case No. 2:23-cv-01639 RSM

Anthony J. Ginster
Attorney At Law
225 – 106th Avenue N.E.
Bellevue, WA 98004
(425) 462-8240