UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Tut Chany,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTH STAR FISHING COMPANY LLC; ARICA VESSEL, LLC; AND GLACIER FISH COMPANY, LLC.; *In Personam*, and The F/T ARICA, Official Number 550139, her engines, tackle, gear, apparel, and equipment, *In Rem*,<br><br>      Defendants. | In Admiralty And At Law<br><br>No. 2:23-cv-01639 RSM<br><br>ORDER ON THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

  THIS MATTER having come before the Court on the parties' Third Stipulated Motion to Continue Trial Date and Pretrial Deadlines, NOW, THEREFORE, IT IS HEREBY ORDERED that the current trial date of August 18, 2025 is hereby stricken, and the case is reset for trial on December 1, 2025. A new pretrial schedule shall be issued in accordance with the new trial date.

  DATED this 9th day of May, 2025.

                 */s/ Ricardo S. Martinez*
                 RICARDO S. MARTINEZ
                 UNITED STATES DISTRICT JUDGE