**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TUT CHANY, | IN ADMIRALTY AND AT LAW |
| Plaintiff, | No. 2:23-cv-01639-RSM |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN PRETRIAL DEADLINES** |
| NORTH STAR FISHING COMPANY, LLC; ARICA VESSEL, LLC; AND GLACIER FISH COMPANY, LLC.; *IN PERSONAM,* AND THE F/T ARICA, OFFICIAL NUMBER 550139, HER ENGINES, TACKLE, GEAR, APPAREL, AND EQUIPMENT, *IN REM*, | |
| Defendants. | |

THIS MATTER having come before the Court on the parties' Joint Motion to Continue Certain Pretrial Deadlines, Dkt. #35, NOW, THEREFORE, IT IS HEREBY ORDERED that the parties' motion is GRANTED. The following deadlines are amended:

Disclosure of expert testimony under FRCP 26(a)(2): **December 4, 2025**
File Motions related to discovery: **December 4, 2025**
Discovery completed by: **January 6, 2026**.

All other deadlines, and the April 6, 2026, trial date, remain unchanged.

DATED this 3rd day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION
TO CONTINUE CERTAIN PRETRIAL DEADLINES
No. 2:23-cv-01639-RSM - Page 1