UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TUT CHANY,

                  Plaintiff,

              v.

NORTH STAR FISHING COMPANY LLC; ARICA VESSEL, LLC; AND GLACIER FISH COMPANY, LLC.; *In Personam*, and The F/T ARICA, Official Number 550139, her engines, tackle, gear, apparel, and equipment, *In Rem*,

                  Defendants.

No. 2:23-cv-01639 RSM

ORDER ON FIFTH STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES

THIS MATTER having come before the Court on the parties' Fifth Stipulated Motion to Continue Trial Date and Pretrial Deadlines, NOW, THEREFORE, IT IS HEREBY ORDERED that the current trial date of April 6, 2026, is hereby stricken, and the case is reset for trial on September 21, 2026. A new pretrial schedule shall be issued in accordance with the new trial date.

DATED this 9th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1